

Writer's Email: dknox@romerdebbas.com

February 20, 2024

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Fernandez v. Casa Restaurant & Lounge, Inc. et ano.*
                  1:23-cv-10240-AS

Dear Judge Subramanian:

This firm represents the defendants Casa Restaurant & Lounge, Inc. and Samuel Beltron in the referenced matter. This letter is submitted, jointly on behalf of all parties, to request referral of this matter to mediation pursuant to Local Rule 83.9.

Counsel for the parties have met and conferred in advance of the Initial Pretrial Conference, scheduled for February 29, 2024 and agree that early mediation may prove beneficial in resolving some or all of the claims presented. To that end, we would also request an adjournment of the Initial Pretrial Conference of at least sixty days, as the Court's schedule may accommodate, to permit the parties sufficient time to coordinate with the assigned mediator, exchange informal discovery, and participate in the mediation process.

 We appreciate the Court's time and attention.

                                    Respectfully Submitted,

                                      /s/Daniel Knox

Application granted. By separate order, the Court will refer this case to mediation. The initial pretrial conference currently set for February 29, 2024, is hereby adjourned to May 1, 2024, at 11 AM.

The Clerk of Court is directed to terminate Dkt. 11.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 21, 2024

275 Madison Avenue • 8th Floor |New York, NY 10016| T: 212.888.3100 | F: 212.888.3201|info@romerdebbas.com