UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA FERNANDEZ,<br><br>                         Plaintiff,<br><br>-against-<br><br>CASA RESTAURANT & LOUNGE, INC. d/b/a CASA RESTAURANT & LOUNGE, et al.,<br><br>                       Defendants. | 23-CV-10240 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's December 11th Order, ECF No. 8, the parties were required to file a joint letter and case management plan, the contents of which are described therein, no later than April 25th. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 29, 2024, at 5:00 PM**.

      SO ORDERED.

Dated: April 26, 2024
       New York, New York

                                                               ARUN SUBRAMANIAN
                                                             United States District Judge