UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA FERNANDEZ,

                Plaintiff,

-against-

CASA RESTAURANT & LOUNGE, INC.
d/b/a CASA RESTAURANT & LOUNGE, et
al.,

                Defendants.

23-CV-10240 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at today's conference, Defendants should give to Plaintiff the documents mentioned by Plaintiff in the joint letter, Dkt. 16, by May 6, 2024. In addition, Plaintiff should give to Defendants any key texts or other documents in support of her position by May 6, 2024.

      Plaintiff should also consider making a renewed good-faith demand by May 6, 2024. If a demand is made, Defendants should consider making a good faith counteroffer by May 10, 2024.

      If Defendants plan to take the position that they cannot afford to pay any judgment, they should bring any supporting documentation to the mediation.

      SO ORDERED.

Dated: May 1, 2024
       New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge