

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

**MEMORANDUM ENDORSED**

June 27, 2024

VIA ECF
The Honorable Gabriel W. Gorenstein., U.S.M.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Fernandez v. Casa Restaurant & Lounge, Inc. *et al*.,1:23-cv-10240 (AS)</u>

Dear Magistrate Judge Gorenstein:

    This firm represents the Plaintiff in this Fair Labor Standards Act, New York Labor Law and discrimination matter. We submit this letter, with Defendants' consent, to respectfully request that the July 9, 2023, 2:30 p.m. settlement conference be rescheduled to July 16, 2023 at 2:30 pm. Plaintiff's counsel has a conflict on July 9, but all parties are available for conference at the later date.

    We appreciate the Court's consideration of this request.

                  Respectfully submitted,
                  LIPSKY LOWE LLP

                  <u>s/ Douglas B. Lipsky</u>
                  Douglas B. Lipsky

CC:    Counsel of record (Via ECF)

Settlement conference adjourned to July 16, 2024, at 2:30 p.m. Submissions are due July 10, 2024.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

June 27, 2024