

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

**MEMORANDUM ENDORSED**

September 4, 2024

VIA ECF
The Honorable Gabriel W. Gorenstein., U.S.M.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

  Re: Fernandez v. Casa Restaurant & Lounge, Inc. *et al.*,1:23-cv-10240 (AS)

Dear Magistrate Judge Gorenstein:

  This firm represents the Plaintiffs in this Fair Labor Standards Act matter. The parties jointly request the deadline to submit the settlement agreement for the Court's approval be extended by one-week from September 4 to September 11, 2024.

  This is the third and final request to extend this deadline and the parties do not intend to seek a fourth extension. This request, if granted, would not affect any other dates or deadlines. This extension is requested to finalize the agreement and the *Cheeks* motion.

  We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of record (Via ECF)

Extension to September 11, 2024, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 4, 2024